IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN GRIFFIN BOWIE** | § | **PETITIONER** |
| | § | |
| v. | § | **CAUSE NO. 1:06CV233-LG-JMR** |
| | § | |
| **RONALD KING, ET AL.** | § | **RESPONDENTS** |

## JUDGMENT

This day this cause came on for hearing before the Court on Respondents' Motion to Dismiss for Failure to Exhaust [12-1], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss for Failure to Exhaust [12-1] is **GRANTED**. Petitioner's 28 U.S.C. § 2254 habeas corpus application is **DISMISSED** without prejudice .

**SO ORDERED AND ADJUDGED** this the 2nd day of March 2007.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge